# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R. WAYNE JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>STEVEN GRIERSON and BRANDI WENDEL,<br><br>    Defendant | Case No.: 2:18-cv-00969-APG-GWF<br><br>**Order** |

On May 29, 2018, the court received a "motion to enforce crime victim rights (restitution) act." ECF No. 1-1. It is unclear if this is meant to be a complaint in a civil action, but if so, R. Wayne Johnson has not filed an application to proceed in forma pauperis or paid the filing fee.

IT IS THEREFORE ORDERED that plaintiff R. Wayne Johnson shall file an application to proceed in forma pauperis or pay the filing fee by July 27, 2018, or this action will be dismissed without prejudice.

DATED this 3rd day of July, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE