# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R. WAYNE JOHNSON<br><br>　　　Plaintiffs<br><br>v.<br><br>STEVEN GRIERSON and BRANDI WENDEL,<br><br>　　　Defendants | Case No.: 2:18-cv-00969-APG-GWF<br><br>**Order Accepting Report and Recommendation and Dismissing Case** |

On July 11, 2019, Magistrate Judge Foley recommended that I dismiss this case because plaintiff R. Wayne Johnson did not file an amended complaint by the given deadline and did not respond to Judge Foley's order to show cause. ECF No. 11. Johnson did not file objections nor did he file an amended complaint. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Foley's report and recommendation **(ECF No. 11) is accepted** and plaintiff's complaint (ECF No. 1-1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 29th day of July, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE