# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R. WAYNE JOHNSON | Case No.: 2:18-cv-00969-APG-GWF |
| Plaintiff | **Order Denying Motion to Vacate** |
| v. | [ECF No. 14] |
| STEVEN GRIERSON and BRANDI WENDEL, | |
| Defendants | |

Plaintiff R. Wayne Johnson has filed a motion for me to vacate my prior orders denying him appointed counsel and dismissing this case based on his failure to file an amended complaint and respond to the order to show cause. Johnson does not offer a sufficient reason for me to reconsider or vacate my prior decisions.

I THEREFORE ORDER that the plaintiff's motion to vacate (ECF No. 14) is denied. This case remains closed.

DATED this 22nd day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE